

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

**MEMO ENDORSED**

February 21, 2024

**BY ECF AND E-MAIL**

The Honorable Jessica G. L. Clarke
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    *United States v. Cristian Eustate Espinal*, 23 Cr. 619 (JGLC)

Dear Judge Clarke:

    The Government writes with respect to the upcoming status conference in the above-captioned matter, which was rescheduled from February 22, 2024, at 10:30 a.m., to April 22, 2024, at 11:00 a.m. The Government respectfully requests that the Court exclude time through April 22, 2024, and submits that the interests served by such an exclusion outweigh the public and the defendant's interest in a speedy trial because an exclusion will allow the defendant to review discovery and consider any pretrial motions, and will allow the parties to engage in pretrial resolution negotiations. The defendant consents to this request.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: _____
Maggie Lynaugh
Adam Sowlati
Assistant United States Attorney
(212) 637-2448/2438

Application GRANTED. The status conference scheduled for February 22, 2024 is ADJOURNED to April, 22 2024 at 11:00 a.m. in Courtroom 20C, 500 Pearl Street, New York, New York. The Court finds that the ends of justice served by excluding the time between February 22, 2024 and April 22, 2024, outweigh the best interests of the public and the Defendant in a speedy trial as provided in 18 U.S.C. § 3161(h)(7)(A) because, among other things, the parties are presently engaged in discussions regarding a potential disposition of this matter and the exclusion would allow for those discussions to continue. It is hereby ORDERED that the time between February 22, 2024 and April 22, 2024, is excluded. The Clerk of Court is directed to terminate the letter motions at ECF No. 23 and 24.

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge
Dated: February 21, 2024
      New York, New York

    CC:  Jill Shellow (by ECF and E-Mail)