```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/13/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                          :
:
:
:
  -v-                                              :        23-cr-577 (LJL)
                                                   :        23-cr-619 (JGLC)
CRISTIAN EUSTATE ESPINAL,                          :
                                                   :             ORDER
                    Defendant.                     :
                                                   :
------------------------------------------------------------------------X

LEWIS J. LIMAN and JESSICA G. L. CLARKE, United States District Judges:

     Related cases are pending before the undersigned against the Defendant Cristian Eustate Espinal arising out of the search of a residence in the Bronx, New York, that allegedly uncovered a large narcotics distribution facility. 23-cr-577, Dkt. No. 20. Case No. 23-cr-577 charges the Defendant with conspiracy to distribute narcotics in violation of 21 U.S.C. Section 846 and possession with intent to distribute narcotics in violation of 21 U.S.C. Section 841(b)(1)(A). Case No. 23-cr-619 charges the defendant with possession of child pornography in violation of 18 U.S.C. Sections 2252A(a)(5)(B) and 2252A(b)(2). The Government represents that the charges in 23-cr-619 stem from the alleged discovery of child pornography on a phone belonging to the Defendant that was seized during the search of the residence giving rise to the charges in 23-cr-577. In both cases, it is anticipated that the Defendant will make identical motions to suppress evidence obtained as a result of those searches. Accordingly, it is hereby ordered that the Government and counsel for Cristian Eustate Espinal meet and confer and inform the undersigned by letter submitted on ECF filed in both cases by no later than May 20, 2024, whether in order to conserve judicial resources and the resources of the parties, the parties consent that identical motions will be filed in both cases and that the decision of the motion in the first of the cases to be decided will be deemed binding in the second of the cases on all issues addressed in that decision.

     SO ORDERED.

Dated: May 13, 2024
       New York, New York

_____
LEWIS J. LIMAN
United States District Judge

_____
JESSICA G. L. CLARKE
United States District Judge