

Case 1:23-cr-00619-JGLC    Document 39    Filed 10/04/24    Page 1 of 1

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

October 3, 2024

**MEMO ENDORSED**

<u>BY ECF AND E-MAIL</u>

The Honorable Jessica G. L. Clarke
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    *United States v. Cristian Eustate Espinal*, 23 Cr. 619 (JGLC)

Dear Judge Clarke:

      The Government writes to request that the status conference presently scheduled for October 10, 2024, at 11:30 a.m. in the above-captioned case be adjourned for approximately 30 days. On September 24, 2024, the defendant entered a guilty plea in the related narcotics case pending before Judge Liman captioned *United States v. Eustate Espinal, et al.*, 23 Cr. 577 (LJL). The parties are working to see if a pre-trial resolution can similarly be reached in this matter.

      The Government also respectfully requests that if the Court is inclined to grant the adjournment, time be excluded through the date of the rescheduled conference. The Government submits that the interests served by such an exclusion outweigh the public and the defendant's interest in a speedy trial because such an exclusion will allow the parties an opportunity to continue to engage in pretrial resolution negotiations.

      The defendant consents to both requests.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: _____
Maggie Lynaugh
Adam Sowlati
Assistant United States Attorney
(212) 637-2448/2438

CC: Jill Shellow (by ECF and E-Mail)

---

Application GRANTED. The status conference scheduled for October 10, 2024 is ADJOURNED to November 25, 2024 at 2:30 p.m. in Courtroom 11B at 500 Pearl Street, New York, New York, 10007. The Court finds that the ends of justice served by excluding the time between October 10, 2024 and November 25, 2024, outweigh the best interests of the public and the Defendant in a speedy trial as provided in 18 U.S.C. § 3161(h)(7)(A) because, among other things, the parties are presently engaged in discussions regarding a pretrial disposition of this matter and the exclusion would allow for those discussions to continue. It is hereby ORDERED that the time between October 10, 2024 and November 25, 2024, is excluded. The Clerk of Court is respectfully directed to terminated the letter motion at ECF No. 38.

Dated: October 4, 2024
      New York, New York

SO ORDERED.

*Jessica Clarke*
JESSICA G. L. CLARKE
United States District Judge