# LAW OFFICES OF JILL R. SHELLOW PLLC



15 Chester Avenue
White Plains, NY 10601
jrs@shellowlaw.com
212.792.4911  (Telephone)
203.258.1463  (Mobile)

Application GRANTED. The status conference scheduled for January 7, 2025 is ADJOURNED to April 1, 2025 at 12:00 p.m. in Courtroom 11B at 500 Pearl Street, New York, New York, 10007. The Clerk of Court is respectfully directed to terminated the letter motion at ECF No. 42.

January 1, 2025

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge

Dated: January 3, 2025
       New York, New York

**BY ECF AND EMAIL**
The Honorable Jessica G. L. Clarke
United States District Court
Southern District of New York
500 Pearl Street
New York, NY  10007
ClarkeNYSDChambers@nysd.uscourts.gov

   RE:   *United States v. Cristian Espinal, 23-cr-619 (JGLC)*

Dear Judge Clarke:

   I represent Cristian Espinal.  Your Honor scheduled a conference in this matter for January 7, 2025 at 10:00 a.m.  I am writing to request an adjournment to a date convenient for the Court after March 17, 2025 as the parties are actively engaged in discussions to resolve this matter without a trial.  As for the requested date, on February 24, 2025, I start a trial in the Eastern District in *United States v. Tony Clanton*, 23-cr-328 (KAM) before the Honorable Kiyo A. Matsumoto.  There are two defendants, and the estimate is that the trial will last 2+ weeks.  The Government consents to this request.

   Thank you for your consideration.

                              Respectfully submitted,

                              Jill R. Shellow

cc:   AUSA Margaret Lynaugh
      AUSA Adam Sowalti
      AUSA Chelsea Scism

Admitted:  NY, CT, DC