

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

———————————————————————

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

**MEMO ENDORSED**

August 8, 2025

**BY ECF AND E-MAIL**

The Honorable Jessica G. L. Clarke
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

      **Re:**    ***United States v. Cristian Eustate Espinal*, 23 Cr. 619 (JGLC)**

Dear Judge Clarke:

      The parties write to request that the status conference presently scheduled for August 12, 2025, at 11:00 a.m. in the above-captioned case be adjourned for approximately 60 days. On September 24, 2024, the defendant entered a guilty plea in the related narcotics case pending before Judge Liman captioned *United States v. Eustate Espinal, et al.*, 23 Cr. 577 (LJL). The parties are working to see if a pre-trial resolution can similarly be reached in this matter. This week, the Government received a mitigation submission from defense counsel. The Government is in the process of reviewing that submission, but will not have completed that process before the August 12th conference. Accordingly, the Government requests an adjournment of that scheduled conference date.

      The Government also respectfully requests that if the Court is inclined to grant the adjournment, time be excluded through the date of the rescheduled conference date. The Government submits that the interests served by such an exclusion outweigh the public and the defendant's interest in a speedy trial because such an exclusion will allow the parties an opportunity to continue to engage in pretrial resolution negotiations.

August 8, 2025
Page 2

The defendant consents to both requests.

Respectfully submitted,

JAY CLAYTON
United States Attorney for the
Southern District of New York

By: _____
Maggie Lynaugh
Adam Sowlati
Assistant United States Attorney
(212) 637-2448/2438

CC:  Jill Shellow (by ECF and E-Mail)

Application GRANTED. The status conference scheduled for August 12, 2025 is ADJOURNED to October 28, 2025 at 11:00 a.m. in Courtroom 11B at 500 Pearl Street, New York, New York, 10007. The Court finds that the ends of justice served by excluding the time between August 12, 2025 and October 28, 2025, outweigh the best interests of the public and the Defendant in a speedy trial as provided in 18 U.S.C. § 3161(h)(7)(A) because, among other things, the parties are presently engaged in pretrial resolution negotiations and the exclusion would allow for those discussions to continue. It is hereby ORDERED that the time between August 12, 2025 and October 28, 2025, is excluded. The Clerk of Court is respectfully directed to terminated the letter motion at ECF No. 48.

SO ORDERED.

JESSICA G. L. CLARKE
United States District Judge

Dated: August 8, 2025
        New York, New York