

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

**MEMO ENDORSED**

November 5, 2025

**BY ECF AND E-MAIL**

The Honorable Jessica G. L. Clarke
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *United States v. Cristian Eustate Espinal*, 23 Cr. 619 (JGLC)

Dear Judge Clarke:

The parties write to request that the status conference in the above-captioned case that was scheduled for October 28, 2025 and adjourned be scheduled for November 20, 2025 at 10:00 a.m., which the parties understand to be a date that is convenient for the Court. As background, on September 24, 2024, the defendant entered a guilty plea in the related narcotics case pending before Judge Liman captioned *United States v. Eustate Espinal, et al.*, 23 Cr. 577 (LJL). The parties are working to see if a pre-trial resolution can similarly be reached in this matter.

The Government also respectfully requests that time be excluded through November 20, 2025. The Government submits that the interests served by such an exclusion outweigh the public and the defendant's interest in a speedy trial because such an exclusion will allow the parties an opportunity to continue to engage in pretrial resolution negotiations. The defense consents to this request.

Respectfully submitted,

JAY CLAYTON
United States Attorney for the
Southern District of New York

By: _____
Maggie Lynaugh
Adam Sowlati
Assistant United States Attorney
(212) 637-2448/2438

CC:  Jill Shellow (by ECF and E-Mail)

---

Application GRANTED. The status conference scheduled for October 28, 2025 is ADJOURNED to November 20, 2025 at 10:00 a.m. in Courtroom 11B at 500 Pearl Street, New York, New York, 10007. The Court finds that the ends of justice served by excluding the time between October 28, 2025 and November 20, 2025, outweigh the best interests of the public and the Defendant in a speedy trial as provided in 18 U.S.C.§ 3161(h)(7)(A) because, among other things, the parties are presently engaged in pretrial resolution negotiations and the exclusion would allow for those discussions to continue. It is hereby ORDERED that the time between October 28, 2025 and November 20, 2025, is excluded. The Clerk of Court is respectfully directed to terminated the letter motion at ECF No. 50.

Dated: November 5, 2025
       New York, New York

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge