

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

February 24, 2026

**BY ECF AND E-MAIL**



**MEMO ENDORSED**

The Honorable Jessica G. L. Clarke
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:    *United States v. Cristian Eustate Espinal*, 23 Cr. 619 (JGLC)

Dear Judge Clarke:

The parties write to request that the status conference in the above-captioned case that is scheduled for February 26, 2026 at 3:00 p.m. be adjourned for approximately 30 days. The parties are in active discussions regarding a pre-trial resolution of this case, and the parties request this additional time in order to finalize such an agreement.

If the Court is inclined to grant the parties' request, the Government also respectfully requests that time be excluded through the date of the newly-scheduled conference. The Government submits that the interests served by such an exclusion outweigh the public and the defendant's interest in a speedy trial because such an exclusion will allow the parties an opportunity to continue to engage in pretrial resolution negotiations. The defense consents to this request.

CC: Jill Shellow (by ECF and E-Mail)

Respectfully submitted,

Application GRANTED. The status conference scheduled for February 26, 2026 is ADJOURNED to **April 1, 2026 at 11:00 AM**. The Court finds that the ends of justice served by excluding the time between February 26, 2026, and April 1, 2026, outweigh the best interests of the public and the Defendant in a speedy trial as provided in 18 U.S.C.§ 3161(h)(7)(A) because, among other things, the parties are presently engaged in pretrial resolution discussions and the exclusion would allow for those discussions to continue. It is hereby ORDERED that the time between February 26, 2026, and April 1, 2026, is excluded. The Clerk of Court is respectfully directed to terminate ECF No. 56.

JAY CLAYTON
United States Attorney for the
Southern District of New York

By: _____

Maggie Lynaugh
Adam Sowlati
Assistant United States Attorney
(212) 637-2448/2438

Dated: February 25, 2026
        White Plains, New York

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge